Grafton
No. 79-025

EUGENE C. STRUCKHOFF, III
AND LAWRENCE A. KELLY

v.

WILLIAM A. BAKER AND RIDLER W. PAGE
d/b/a BAKER & PAGE

May 23, 1979

*Orr & Reno*, of Concord (*Ronald L. Snow*, by brief), for plaintiffs.

*Baker & Page*, of Lebanon (*Ridler W. Page*, by brief), for defendants.

### MEMORANDUM OPINION

This is an equity proceeding arising out of the dissolution of a law partnership. The matter was heard by a Master (*E. Paul Kelly*, Esq.), who ruled favorably to the plaintiffs and his orders were approved by the trial court. The defendants filed a motion to set aside the verdict. The motion was denied on August 1, 1978. Defendants then filed a proposed reserved case with the clerk of the Grafton County Superior Court on September 5, 1978, contrary to the time limitations of Superior Court Rule 74. The Trial Court (*Johnson*, J.) denied the reserved case under the authority of *R. J. Berke & Co., Inc. v. J. P. Griffin, Inc.*, 118 N.H. 449, 388 A.2d 1260 (1978), because of a failure to appeal in a timely manner. The court correctly applied the rule of that case. Double costs, but not attorney's fees, are awarded to plaintiffs pursuant to RSA 490:14-a (Supp. 1977). *See Wright v. Wright*, 119 N.H. 102, 398 A.2d 837 (1979).

*Exceptions overruled.*